COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-418-CV

EDWARD LEDESMA APPELLANT

V.

ZURICH AMERICAN INSURANCE COMPANY APPELLEE

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

On August 16, 2006, we notified appellant that his brief was deficient under subsections (b), (d), and (f) of Rule 38.1 of the Texas Rules of Appellate Procedure.  We informed him that the appeal would be subject to dismissal if he failed to file an amended brief by August 28, 2006.  Appellant has not filed an amended brief or otherwise responded to our letter.  Accordingly, we strike appellant’s brief and dismiss the appeal for want of prosecution.  
See
 
Tex. R. App. P.
 38.8(a)(1), 38.9(a), 42.3(b).

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: October 12, 2006

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4.